**Order entered July 1, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00552-CV**
**No. 05-22-00553-CV**

**IN RE LAFAYETTE HURDLE, Relator**

**Original Proceedings from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F84-82252-QU & F84-73567-QU**

### ORDER

Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ KEN MOLBERG
JUSTICE